HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00048-DAD |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| KARINA ALEJANDRA MONROY, | |
| *Defendant.* | |

Defendant, Karina Alejandra Monroy, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release.

On June 17, 2020, Ms. Monroy was sentenced to time served with 3 years of supervised release. Ms. Monroy submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing Ms. Monroy Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  November 8, 2021                                  */s/ Eric V Kersten*
                                                                              ERIC V. KERSTEN
                                                                              Assistant Federal Defender
                                                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 9, 2021**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE